**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6733**

———————

SHERRIE LEWIS YOUNG,

                                   Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                   Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield.  David A. Faber, District Judge.  (CA-01-823-1)

———————

Submitted:  September 19, 2002        Decided:  September 27, 2002

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sherrie Lewis Young, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherrie Lewis Young appeals the district court's order denying relief on her 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Young v. United States</u>, No. CA-01-823-1 (S.D.W. Va. Apr. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>